**Order entered December 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00577-CR

**DAVID WAYNE CAHILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81088-2012**

## ORDER

The Court **REINSTATES** the appeal.

On December 17, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have now received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the December 17, 2015 order requiring findings.

We **GRANT** appellant's December 17, 2015 motion to extend time to file his brief and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE